**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:   Patricia Lynn Bell

Case No. 10-38652-KRH
Chapter 13            -

Debtors

DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

Now comes the Debtor in this matter, by counsel, and as and for her Response to the Notice of Default filed by Green Tree Servicing LLC on 11/11/13, says as follows:

1. That she sent $588.00 on March 7, 2013 which would cure the default
2. WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

Respectfully submitted:
Patricia Bell


BY: /s/ Linda D. Jennings
        Counsel

Linda D. Jennings, VSB#19455
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 506-0177

Certificate of Service

I certify that on March 14, 2014, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Sara A. John., Esquire counsel for Green Tree Servicing, LLC.

/s/ Linda D. Jennings
Linda D. Jennings