**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Patricia Lynn Bell

        Case No. 10-38652-KRH
        Chapter 13            -

Debtors

DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

Now comes the Debtor in this matter, by counsel, and as and for her Response to the Notice of Default filed by Green Tree Servicing LLC on 4/18/2014, says as follows:

1. That she sent $800.00 on April 25, 2014 which would cure the default
2. WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

        Respectfully submitted:
        Patricia Bell


        BY:  /s/ Linda D. Jennings
                Counsel

Linda D. Jennings, VSB#19455
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 506-0177


Certificate of Service

I certify that on April 29, 2014, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Sara A. John., Esquire counsel for Green Tree Servicing, LLC.

        /s/ Linda D. Jennings
        Linda D. Jennings