**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Patricia Lynn Bell

        Debtors

Case No. 10-38652-KRH
Chapter 13

DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

    Now comes the Debtor in this matter, by counsel, and as and for her Response to the Notice of Default filed by Green Tree Servicing LLC on 4/18/2014, says as follows:

1. That she sent $800.00 on May 23, 2014 which would cure the default
2. WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

                Respectfully submitted:
                Patricia Bell


                BY:  /s/ Richard J. Oulton
                        Counsel

Richard J. Oulton, VSB#29640
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
-

                Certificate of Service

    I certify that on May 23, 2014, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Sara A. John., Esquire counsel for Green Tree Servicing, LLC.

                /s/ Richard J. Oulton
                Richard J. Oulton