**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Patricia Lynn Bell

                                        Case No. 10-38652-KRH
                                        Chapter 13        -

Debtors

## DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

Now comes the Debtor in this matter, by counsel, and as and for her Response to the Notice of Default filed by Green Tree Servicing LLC on 4/18/2014, says as follows:

1. That she sent $600.00 on June 20, 2014 and is sending $319.00 on June 27, 2014 which will cure the default

2. WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

                                        Respectfully submitted:
                                        Patricia Bell

                                        BY:  /s/ Richard J. Oulton
                                                Counsel

Richard J. Oulton, VSB#29640
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
-

                                 Certificate of Service

I certify that on June 24, 2014, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Sara A. John., Esquire counsel for Green Tree Servicing, LLC.

                                    /s/ Richard J. Oulton
                                    Richard J. Oulton